# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                       Case No. 09-20349

VALENTINE BALOGUN,

    Defendant.
    _____/

**ORDER TERMINATING AS MOOT DEFENDANT'S "MOTION TO FIRE COUNSEL"**

Defendant Valentine Balogun filed a notice of appeal in this matter on March 1, 2010. On June 28, 2010, Defendant filed in this court a *pro se* "Motion to Fire Counsel." Three days later, the Sixth Circuit granted a similar motion which Defendant had filed on appeal. Because the Sixth Circuit has granted the relief requested in Defendant's June 28 motion, the court will terminate that motion as moot. Accordingly,

IT IS ORDERED that Defendant's June 28, 2010, "Motion to Fire Counsel" [Dkt. # 49] is TERMINATED AS MOOT.

                                    S/Robert H. Cleland
                                    ROBERT H. CLELAND
                                    UNITED STATES DISTRICT JUDGE

Dated: July 12, 2010

I I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 12, 2010, by electronic and/or ordinary mail.

                                      S/Lisa Wagner
                                    Case Manager and Deputy Clerk
                                    (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\09-20349.BALOGUN.FireCounsel.wpd